**DISMISS; and Opinion Filed August 13, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00388-CV

**ERNEST K. BANKAS, Appellant**
**V.**
**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-13471**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

The trial court held appellant Ernest K. Bankas in contempt of court for failing to comply with its orders regarding child support. Bankas was committed to custody by the trial court's order of November 19, 2014, and was conditionally released under the trial court's temporary order of February 4, 2015. In this appeal, Bankas seeks review of these orders.

A court of appeals lacks jurisdiction to review a contempt order on direct appeal. *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.—Dallas 2007, no pet.). Contempt orders involving confinement may be reviewed by writ of habeas corpus; contempt orders that do not involve confinement may be reviewed only by mandamus. *Id.* In addition, this Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *Id.* Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150388F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERNEST K. BANKAS, Appellant

No. 05-15-00388-CV        V.

MAUREEN BANKAS, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas

Trial Court Cause No. DF-09-13471.

Opinion delivered by Justice Lang-Miers; Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee Maureen Bankas recover her costs of this appeal from appellant Ernest K. Bankas.

Judgment entered this 13th day of August, 2015.